IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HEIDI MATHIASEN, in her individual
capacity and as the personal representative
for the ESTATE OF DONALD G. MATHIASEN,
and ANGELIQUE CORDOVA, individually,

vs.                                                                                   Cause No. 1:17-CV-01159 JHR/JKR

BOARD OF COUNTY COMMISSIONERS
OF RIO ARRIBA COUNTY, SOUTHWEST
CORRECTIONAL MEDICAL GROUP, INC.,
ACCOUNTABLE HEALTHCARE STAFFING,
INC., JOSEPH AQUINO, LARRY DEYAPP,
PATRICK GARCIA, JIMMY MARTINEZ,
JAMES CULIN, ALIFONSO DELEON,
ELIZABETH RAMIREZ, GUY JORDAN,
GENARO MADRID and RONNIE CARRILLO,

             Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AGAINST DEFENDANT
BOARD OF COUNTY COMMISSIONERS OF RIO ARRIBA COUNTY**

COMES NOW Plaintiff Heidi Mathiasen, individually and as Personal Representative for the Estate of Donald G. Mathiasen and Angelique Cordova, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissing with prejudice any and all claims asserted against Defendant Board of County Commissioners of Rio Arriba County. Claims for joint and several liability, if any, between this defendant and any non-settling defendant are dismissed, and Plaintiffs hereby withdraw claims asserted, if any, against any non-settling defendant that are based on the alleged acts or omissions of this dismissed defendant. Plaintiffs reserve all claims against any non-settling defendant that are based on any non-settling defendant's own acts or omissions. Each party shall bear their own costs.

Respectfully submitted,

JARED M. BARLIANT & ASSOCIATES, P.C.


*/s/ Jared M. Barliant*
Jared M. Barliant
*Attorneys for Plaintiffs*
2904 Rodeo Park Drive East, #400
Santa Fe, NM  87505
(505) 471-5100
jmbarliant@gmail.com

ROTHSTEIN DONATELLI, LLP


*/s/ Carolyn M. Nichols*
Carolyn M. "Cammie" Nichols
*Attorneys for Plaintiffs*
500 4th Street, NW, Suite 400
Albuquerque, New Mexico  87102
(505) 243-1443
cmnichols@rothsteinlaw.com


*/s/ Paul M. Linnenburger*
Paul M. Linnenburger
*Attorney for Plaintiffs*
1215 Paseo de Peralta
Santa Fe, NM  87504
(505) 988-8004
plinnenburger@rothsteinlaw.com

YLAW, P.C.

*/s/ Robert W. Becker*
Robert W. Becker
*Attorneys for Defendants Rio Arriba Board of County Commissioners, Larry DeYapp, Jimmy Martinez, Alifonso DeLeon, Elizabeth Ramirez, Guy Jordan, Genaro Madrid and Ronnie Carrillo*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
rbecker@ylawfirm.com

        BRENNAN & SULLIVAN, P.A.


        */s/ Gabriela M. Delgadillo*
        Gabriela M. Delgadillo
        *Attorneys for Defendant Southwest*
        *Correctional Medical Group, Inc.*
        128 East DeVargas Street
        Santa Fe, NM 87501-2702
        (505) 995-8514
        gabriela@brennsull.com

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


        */s/ Mark Mowery approved via email 6/16/19*
        W. Mark Mowery
        *Attorneys for Defendants Patrick Garcia*
        *and Accountable Healthcare Staffing, Inc.*
        Post Office Box 1357
        Santa Fe, NM  87504
        (505) 954-3907
        mmowery@rodey.com